IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kenneth Baker, Barbara Baker, et al,

Plaintiff(s),

v.

Timothy M. Ghidotti, et al,

Defendant(s).

Case No. 11 C 4197
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the plaintiff Kenneth Baker against the defendants Martin, Lindgren, Vera in the amount of $25,000 on the False Arrest Claim and in favor of the plaintiff Kenneth Baker against defendants Ghidotti, Martin (himself), Lindgren, Martin (as supervisor) in the amount of $5,000 on the Malicious Prosecution Claim. In favor of defendants Ghidotti and Reliable Search Claim against the plaintiff Kenneth Baker on the Trespass Claim. In favor of the defendants Martin (himself), Lindgren, Vera, Martin (as supervisor) against the plaintiff Barbara Baker on the Illegal Entry Claim, Illegal Search Claim, Illegal Detention Claim, Conspiracy Claim and in favor of the defendants Ghidotti and Reliable Recovery Services against plaintiff Barbara Baker on the Trespass Claim. In favor of the defendants Martin (himself), Lindgren, Vera, Martin (as supervisor) against the plaintiff Camden Baker on the Illegal Entry Claim, Illegal Search Claim, Illegal Detention Claim, Conspiracy Claim and in favor of the defendants Ghidott and Reliable Recovery Services against plaintiff Camden Baker on the Trespass Claim. In favor of the defendants Martin (himself), Lindgren, Vera, Martin (as supervisor) against the plaintiff Ashley Baker on the Illegal Entry Claim, Illegal Search Claim, Illegal Detention Claim, Conspiracy Claim and in favor of the defendants Ghidotti and Reliable Recovery Services against the plaintiff Ashley Baker on the Trespass claims.

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion


Date:   10/24/2014                               Thomas G. Bruton, Clerk of Court

                                                 Wanda Parker , Deputy Clerk